# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1777
_____

United States of America

*Plaintiff - Appellee*

v.

Jason Delbosque, also known as Jason Del Bosque

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: October 7, 2015
Filed: October 13, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jason Delbosque directly appeals the sentence the district court[1] imposed after he pled guilty to knowingly transporting a minor in interstate commerce with the

_____

[1] The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

intent to engage in criminal sexual activity. His counsel has moved for leave to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Delbosque's prison term is substantively unreasonable.

Upon review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); <u>see also</u> 18 U.S.C. §§ 2423(a), 2260A. Having independently reviewed the record consistent with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues. Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

_____